UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 BANKRUPTCY |
| Daniel Ross Boyer, Sr. | : | |
| aka Daniel R. Boyer, Sr. | : | FILE NO. 1:18-bk-04751 |
| aka Daniel R. Boyer | : | |
| aka Daniel Ross Boyer | : | |
| Kathleen Teresa Boyer | : | |
| aka Kathleen T. Boyer | : | |
| Debtors | : | |

## PRAECIPE TO WITHDRAW APPEARANCE

I hereby withdraw my appearance regarding the above-referenced matter.

Respectfully submitted,

DATE: December 17, 2021  /s/James P. Sheppard
_____
JAMES P. SHEPPARD, ESQUIRE
2201 NORTH SECOND STREET
HARRISBURG, PA 17110
TELEPHONE: (717) 232-5551
ATTORNEY ID 34944
(ATTORNEY FOR DEBTORS)

## PRAECIPE TO ENTER APPEARANCE

Please enter my appearance in the above-referenced matter.

Respectfully submitted,

DATE: December 17, 2021  /s/Lisa A. Rynard
_____
LISA A. RYNARD, ESQUIRE
240 BROAD STREET
MONTOURSVILLE, PA 17754
TELEPHONE: (717) 775-6656
ATTORNEY ID 92802
(ATTORNEY FOR DEBTORS)