UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:   DANIEL ROSS BOYER, SR.
         DANIEL ROSS BOYER, DANIEL
         R. BOYER, SR., DANIEL R.
         BOYER
         KATHLEEN TERESA BOYER                    CHAPTER 13
         KATHLEEN T. BOYER
                         Debtor(s)


         JACK N. ZAHAROPOULOS
         CHAPTER 13 TRUSTEE                       CASE NO: 1-18-04751-HWV
                         Movant
vs.

         DANIEL ROSS BOYER, SR. etal.
                         Respondent(s)


## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on September 19, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).


Dated:   September 19, 2022              Respectfully submitted,

                                         /s/   Douglas R. Roeder, Esquire
                                         ID:  80016
                                         Attorney for Movant
                                         Jack N. Zaharopoulos, Trustee
                                         Standing Chapter 13 Trustee
                                         8125 Adams Drive, Suite A
                                         Hummelstown, PA 17036
                                         Phone:  (717) 566-6097
                                         email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DANIEL ROSS BOYER, SR.
DANIEL ROSS BOYER, DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
KATHLEEN T. BOYER     CHAPTER 13
          Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE     CASE NO: 1-18-04751-HWV
          Movant
vs.

DANIEL ROSS BOYER, SR. etal.
          Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

     October 12, 2022 at 09:35 AM
     Bankruptcy Courtroom
     Ronald Reagan Federal Bldg
     3rd Floor, 228 Walnut Street
     Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.
     **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1,714.00**
     **AMOUNT DUE FOR THIS MONTH: $472.00**
     **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2,186.00**

**NOTE:**
     **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

     **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

**If submitting payment by U.S. First Class Mail** mail to:
       **CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008**

**If submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the court, or

3. You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: September 19, 2022

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re: DANIEL ROSS BOYER, SR.
DANIEL ROSS BOYER, DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
KATHLEEN T. BOYER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 1-18-04751-HWV

Movant

vs.

DANIEL ROSS BOYER, SR. etal.
Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on September 19, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties from Hummelstown, PA, unless served electronically.

Served Electronically

LAW OFFICE OF LISA A RYNARD
240 BROAD STREET
MONTOURSVILLE PA 17754-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

Served by First Class Mail

DANIEL ROSS BOYER, SR.

KATHLEEN TERESA BOYER
96 PINE GROVE FURNACE ROAD
ASPERS PA 17304

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 19, 2022

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DANIEL ROSS BOYER, SR.
AKA: DANIEL ROSS BOYER,
DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
AKA: KATHLEEN T. BOYER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-18-04751-HWV

vs.

DANIEL ROSS BOYER, SR.
AKA: DANIEL ROSS BOYER,
DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
AKA: KATHLEEN T. BOYER

**ORDER DISMSSING CASE**

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.