# Notice Recipients

District/Off: 0314−1   User: AutoDocketer   Date Created: 5/12/2023
Case: 1:18−bk−04751−HWV   Form ID: nthrgreq   Total: 4

**Recipients of Notice of Electronic Filing:**
| | | |
|---|---|---|
| aty | Joseph P Schalk | joseph.schalk@usdoj.gov |
| aty | Lisa A Rynard | larynard@larynardlaw.com |
| aty | Mario J. Hanyon | wbecf@brockandscott.com |
| aty | Mario John Hanyon | pamb@fedphe.com |

TOTAL: 4