# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Daniel Ross Boyer Sr. aka Daniel R. Boyer aka Daniel R. Boyer, Sr. aka Daniel Ross Boyer<br>　　　Kathleen Teresa Boyer aka Kathleen T. Boyer<br>　　　　　　　　　Debtor(s) | CHAPTER 13 |
| FREEDOM MORTGAGE CORPORATION, its successors and/or assigns<br>　　　　　　　Movant<br>　　vs. | NO. 18-04751 HWV |
| Daniel Ross Boyer Sr. aka Daniel R. Boyer aka Daniel R. Boyer, Sr. aka Daniel Ross Boyer<br>Kathleen Teresa Boyer aka Kathleen T. Boyer<br>　　　　　　　　　Debtor(s)<br><br>Jack N. Zaharopoulos<br>　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Notice of Mortgage Payment Change beginning 6/1/2023 for FREEDOM MORTGAGE CORPORATION, which was filed with the Court on or about **May 3, 2023 under Claim No. 5**.

Dated: July 18, 2023

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Denise Carlon,
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　Phone: (215)-627-1322
　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com