IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DANIEL ROSS BOYER SR. | : | CASE NO.: 1:18-BK-04751 HWV |
| KATHLEEN TERESA BOYER | : | |
| DEBTORS | : | |

**WITHDRAWAL OF THE UNITED STATES TRUSTEE'S MOTION TO DETERMINE VALIDITY OF PAYMENT CHANGE**

Please withdraw the United States Trustee's Motion to Determine Validity of Payment Change filed on May 15, 2023, at Docket Entry Number 77. The Motion is withdrawn with concurrence as the underlying Notice of Mortgage Payment Change has been withdrawn.

Respectfully submitted,

ANDREW R. VARA
UNITED STATES TRUSTEE
REGIONS 3 and 9

D. Troy Sellars
Assistant United States Trustee

By: /s/ Joseph P. Schalk
Joseph P. Schalk, Esq.
PA ID 91656
Office of the United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101
Tel.: (717) 221-4533/ Fax: (717) 221-4554
Email: Joseph.Schalk@usdoj.gov

Dated: July 19, 2023