# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  DANIEL ROSS BOYER, SR.
AKA: DANIEL ROSS BOYER, DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
AKA: KATHLEEN T. BOYER

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
Movant

CASE NO: 1-18-04751-HWV

DANIEL ROSS BOYER, SR.
AKA: DANIEL ROSS BOYER, DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
AKA: KATHLEEN T. BOYER

Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on September 11, 2023, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- Make the regular monthly payments to the trustee during the remaining term of the plan.

As of September 11, 2023, the Debtor(s) is/are $4,266.00 in arrears with a plan payment having last been made on may 15, 2023.

In accordance with said stipulation, the case may be dismissed.

Dated: September 11, 2023

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE: DANIEL ROSS BOYER, SR.
AKA: DANIEL ROSS BOYER, DANIEL R. BOYER, SR., DANIEL R. BOYER
KATHLEEN TERESA BOYER
AKA: KATHLEEN T. BOYER

CHAPTER 13

Debtor(s)

CASE NO: 1-18-04751-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on September 11, 2023, I served a copy of this Certificate of Default on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>
LISA A RYNARD, ESQUIRE
240 BROAD STREET
MONTOURSVILLE PA 17754-

UNITED STATES TRUSTEE
1501 NORTH 6TH STREET
BOX 302
HARRISBURG, PA 17102

<u>Served by First Class Mail</u>
DANIEL ROSS BOYER, SR.
KATHLEEN TERESA BOYER
96 PINE GROVE FURNACE ROAD
ASPERS PA 17304

I certify under penalty of perjury that the foregoing is true and correct.

Date: September 11, 2023

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com