United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-04751-HWV |
| Daniel Ross Boyer, Sr. | Chapter 13 |
| Kathleen Teresa Boyer | |
| Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1  User: AutoDocke  Page 1 of 3
Date Rcvd: Sep 12, 2023  Form ID: pdf010  Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Daniel Ross Boyer, Sr., Kathleen Teresa Boyer, 96 Pine Grove Furnace Road, Aspers, PA 17304-9656 |
| 5132576 | | Boyer Daniel Ross Sr, 96 Pine Grove Furnace Rd, Aspers, PA 17304-9656 |
| 5132577 | | Boyer Kathleen Teresa, 96 Pine Grove Furnace Rd, Aspers, PA 17304-9656 |
| 5132581 | + | Bureau of Account Management, 3607 Rosemont Ave, Camp Hill, PA 17011-6904 |
| 5132583 | | Commercial Acceptance, 2 W Main St, Shiremanstown, PA 17011-6326 |
| 5132586 | | Ellen L Black, Tax Collector, 39 W Point Rd, Aspers, PA 17304-9798 |
| 5132589 | | JP Harris Associates LLC, PO Box 226, Mechanicsburg, PA 17055-0226 |
| 5132590 | + | LaSalle University ECSI, 1900 W Olney Ave, Philadelphia, PA 19141-1199 |
| 5442341 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5132593 | | Midland Funding LLC, c/o Hayt Hayt & Landau, 2 Industrial Way W, Eatontown, NJ 07724-2265 |
| 5132600 | | Robert J. Crawley Esquire, Phelan Hallinan Diamond & Jones, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 5144018 | + | Wellspan Health, 1001 S George St, York, PA 17403-3676 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5132579 | | Email/Text: aargon@ebn.phinsolutions.com | Sep 12 2023 18:41:00 | Aargon Agency Inc, 3025 W Sahara Ave, Las Vegas, NV 89102-6094 |
| 5132580 | | Email/Text: bankruptcies@amerassist.com | Sep 12 2023 18:41:00 | Amerassist AR Solutions, PO Box 26095, Columbus, OH 43226-0095 |
| 5132582 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:41:06 | CACH c/o Resurgent, PO Box 1269, Greenville, SC 29602-1269 |
| 5134194 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:41:21 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5142689 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:41:21 | CVI SGP-CO Acquisition Trust, PO Box 10587, Greenville, SC 29603-0587 |
| 5151703 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 18:41:09 | Citibank, N.A., Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0432 |
| 5132584 | | Email/Text: convergent@ebn.phinsolutions.com | Sep 12 2023 18:41:00 | Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 5132585 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 12 2023 18:41:00 | Credit Collection Services, PO Box 607, Norwood, MA 02062-0607 |
| 5138855 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2023 18:41:00 | FREEDOM MORTGAGE CORPORATION, Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 5176372 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2023 18:41:00 | FREEDOM MORTGAGE CORPORATION, FREEDOM MORTGAGE CORP., Bankruptcy |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Department, 10500 KINCAID DRI, FISHERS IN 46037-9764 |
| 5132587 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 12 2023 18:41:27 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 5442342 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2023 18:41:00 | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 5132588 | | Email/Text: Bankruptcy@Freedommortgage.com | Sep 12 2023 18:41:00 | Freedom Mortgage Corporation, 907 Pleasant Valley Ave Ste 3, Mount Laurel, NJ 08054-1210 |
| 5132591 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:41:06 | LVNV Funding, c/o Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 5134195 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:41:06 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5134381 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 12 2023 18:41:05 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 5132592 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 12 2023 18:41:28 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 5132594 | | Email/Text: BankruptcyNotices@aafes.com | Sep 12 2023 18:41:00 | Military Star, 3911 S Walton Walker Blvd, Dallas, TX 75236-1509 |
| 5132595 | | Email/Text: Bankruptcies@nragroup.com | Sep 12 2023 18:41:00 | National Recovery Agency, 2491 Paxton St, Harrisburg, PA 17111-1036 |
| 5132596 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 12 2023 18:41:20 | Navient Dept of Educational Loan Serv, PO Box 740351, Atlanta, GA 30374-0351 |
| 5132597 | | Email/Text: ext_ebn_inbox@navyfederal.org | Sep 12 2023 18:41:00 | Navy Federal Credit Union, PO Box 3700, Merrifield, VA 22119-3700 |
| 5132598 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2023 18:52:04 | Portfolio Recovery, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 5151295 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 12 2023 18:41:21 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5129606 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 12 2023 18:52:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5138242 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 12 2023 18:41:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 5132599 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 12 2023 18:41:28 | Resurgent Capital Serv, PO Box 1269, Greenville, SC 29602-1269 |
| 5132601 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 12 2023 18:41:21 | Tractor Supply CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 5147303 | | Email/PDF: ebn_ais@aisinfo.com | Sep 12 2023 18:41:06 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 5132602 | | Email/Text: bnc-bluestem@quantum3group.com | Sep 12 2023 18:41:00 | WEBBANK Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5132578 | ## | James P Sheppard Esquire, 2201 N 2nd St, Harrisburg, PA 17110-1007 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew L Spivack | on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| Brian C Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jerome B Blank | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com |
| Joseph P Schalk | on behalf of Asst. U.S. Trustee United States Trustee joseph.schalk@usdoj.gov ustpregion03.ha.ecf@usdoj.gov |
| Lisa A Rynard | on behalf of Debtor 2 Kathleen Teresa Boyer larynard@larynardlaw.com |
| Lisa A Rynard | on behalf of Debtor 1 Daniel Ross Boyer Sr. larynard@larynardlaw.com |
| Mario J. Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario John Hanyon | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pamb@fedphe.com mario.hanyon@brockandscott.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION tomysong0@gmail.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | CHAPTER 13 |
| DANIEL ROSS BOYER, SR. and KATHLEEN | : | |
| TERESA BOYER, | : | |
| | : | CASE NO. 1:18-bk-04751-HWV |
| Debtors. | : | |

## ORDER

Upon consideration of the Trustee's Certificate of Default, Doc. 88, as well as the Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default, Doc. 69, and it having been determined that this case should be dismissed, it is

**ORDERED** that the above-named case of the debtors is dismissed. Notwithstanding the dismissal of this case, the Court retains jurisdiction over timely requests for payment of compensation.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: September 12, 2023